JOSEPH AXELROD, Appellant, et al., Plaintiffs, *v.* EDGAR KRUPINSKI et al., Respondents.

Argued November 20, 1951; decided December 7, 1951.

*Ralph Stout* and *Bernard Braun* for appellant.

*Walter L. Glenney* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.